Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Plaintiff WELLLIVING
CORPORATION, a California corporation
dba MVP INTERACTIVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLLIVING CORPORATION, a California corporation dba MVP INTERACTIVE SPORTS,<br><br>Plaintiff,<br><br>vs.<br><br>BUDDY CARDIEL, an individual, LISA WILEY, an individual, POWEREDGE BASEBALL, and DOES 1-10<br><br>Defendants. | Case No: CV 09-5101 MEJ<br><br>The Honorable Maria-Elena James<br><br>REQUEST FOR DISMISSAL AS TO DEFENDANT POWEREDGE BASEBALL WITHOUT PREJUDICE and [PROPOSED] ORDER |

IT IS HEREBY REQUESTED by Plaintiff to this action, WELLLIVING CORPORATION, a California corporation dba MVP INTERACTIVE SPORTS, through their counsel of record that the above-captioned action be and hereby is dismissed without prejudice as to Defendant POWEREDGE BASEBALL only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to waive its rights to appeal and bear its own costs and attorney's fees.

Date: __February 25, 2010__   Plaintiff's Counsel  ___[signature]___
                                                        Signature

Plaintiff's Counsel   __Ray K. Shahani, Esq.__
                              Printed Name

///

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed as to Defendant PowerEdge Baseball only without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties will bear their own attorney's fees and costs of suit.

Date: February 26, 2010

_____
Honorable Maria-Elena James