| | |
|---|---|
| 1 | Ray K. Shahani, Esq. SBN 160,814 |
|   | Attorney at Law |
| 2 | Twin Oaks Office Plaza |
|   | 477 Ninth Avenue, Suite 112 |
| 3 | San Mateo, California 94402-1854 |
|   | Telephone: (650) 348-1444 |
| 4 | Facsimile: (650) 348-8655 |
| 5 | Attorney for Plaintiff WELLLIVING |
|   | CORPORATION, a California corporation |
| 6 | dba MVP INTERACTIVE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WELLLIVING CORPORATION, a California corporation dba MVP INTERACTIVE SPORTS, | Case No: CV 09-5101 MEJ |
|---|---|
| Plaintiff, | The Honorable Maria-Elena James |
| vs. | REQUEST FOR DISMISSAL AS TO DEFENDANT POWEREDGE BASEBALL WITHOUT PREJUDICE and [PROPOSED] ORDER |
| BUDDY CARDIEL, an individual, LISA WILEY, an individual, POWEREDGE BASEBALL, and DOES 1-10 | |
| Defendants. | |

IT IS HEREBY REQUESTED by Plaintiff to this action, WELLLIVING CORPORATION, a California corporation dba MVP INTERACTIVE SPORTS, through their counsel of record that the above-captioned action be and hereby is dismissed without prejudice as to Defendant POWEREDGE BASEBALL only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to waive its rights to appeal and bear its own costs and attorney's fees.

Date: __February 25, 2010__    Plaintiff's Counsel  ___/s/ Ray S.___
                                                          Signature

                                Plaintiff's Counsel  __Ray K. Shahani, Esq.__
                                                          Printed Name

///

1  IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is
2  dismissed as to Defendant PowerEdge Baseball only without prejudice pursuant to Rule
3  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties will bear their own
4  attorney's fees and costs of suit.

6  Date: February 26, 2010

   _____
   Honorable Maria-Elena James