UNITED STATES DISTRICT COURT

Northern District of California

WELLIVING CORPORATION,

        Plaintiff(s),        No. C 09-05101 MEJ

   v.

BUDDY CARDIEL,               **ORDER VACATING CASE MANAGEMENT CONFERENCE**

        Defendant(s).      **ORDER FOR PLAINTIFF TO FILE DEFAULT JUDGMENT MOTION**

_____/

     On February 26, 2010, the Court dismissed Defendants Lisa Wiley and PowerEdge Baseball from the above-captioned matter. (Dkt. ##13, 14.) As Defendant Buddy Cardiel is the only remaining defendant, and the Clerk of Court entered default against Cardiel on February 12, 2010, (Dkt. #10), the Court hereby VACATES the March 4, 2010 Case Management Conference. Plaintiff shall file a motion for default judgment against Defendant Cardiel by March 25, 2010.

     **IT IS SO ORDERED.**

Dated: February 26, 2010

                                                   _____
                                                   Maria-Elena James
                                                   Chief United States Magistrate Judge