# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| WELLIVING CORPORATION,<br><br>        Plaintiff(s),<br>  v.<br>BUDDY CARDIEL,<br><br>        Defendant(s).<br>_____/ | No. C 09-05101 MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>**ORDER FOR PLAINTIFF TO FILE DEFAULT JUDGMENT MOTION** |

     On February 26, 2010, the Court dismissed Defendants Lisa Wiley and PowerEdge Baseball from the above-captioned matter. (Dkt. ##13, 14.) As Defendant Buddy Cardiel is the only remaining defendant, and the Clerk of Court entered default against Cardiel on February 12, 2010, (Dkt. #10), the Court hereby VACATES the March 4, 2010 Case Management Conference. Plaintiff shall file a motion for default judgment against Defendant Cardiel by March 25, 2010.

     **IT IS SO ORDERED.**

Dated: February 26, 2010

                                                                                                 _____<br>                                                                                                  Maria-Elena James<br>                                                                                                  Chief United States Magistrate Judge