1  Ray K. Shahani, Esq. SBN 160,814
   Attorney at Law
2  Twin Oaks Office Plaza
   477 Ninth Avenue, Suite 112
3  San Mateo, California 94402-1854
   Telephone: (650) 348-1444
4  Facsimile: (650) 348-8655

5  Attorney for Plaintiff WELLLIVING
   CORPORATION, a California corporation
6  dba MVP INTERACTIVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLLIVING CORPORATION, a California corporation dba MVP INTERACTIVE SPORTS,<br><br>Plaintiff,<br><br>vs.<br><br>BUDDY CARDIEL, an individual, LISA WILEY, an individual, POWEREDGE BASEBALL, and DOES 1-10<br><br>Defendants. | Case No: CV 09-5101 MEJ<br><br>The Honorable Maria-Elena James<br><br>**REQUEST FOR DISMISSAL AS TO DEFENDANT BUDDY CARDIEL WITHOUT PREJUDICE and** ~~[PROPOSED]~~ **ORDER**<br><br>ORDER CLOSING FILE |

IT IS HEREBY REQUESTED by Plaintiff to this action, WELLLIVING CORPORATION, a California corporation dba MVP INTERACTIVE SPORTS, through their counsel of record that the above-captioned action be and hereby is dismissed without prejudice as to Defendant BUDDY CARDIEL only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party to waive its rights to appeal and bear its own costs and attorney's fees.

Date: ___April 8, 2010___   Plaintiff's Counsel _____
                                                        Signature

                              Plaintiff's Counsel   ___Ray K. Shahani, Esq.___
                                                        Printed Name
///

1        IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is
2  dismissed as to Defendant Buddy Cardiel only without prejudice pursuant to Rule 41(a)(1)(A)(ii)
3  of the Federal Rules of Civil Procedure.  The parties will bear their own attorney's fees and costs
4  of suit.  As all defendants have been dismissed, the Clerk of Court shall close the file.

Date: April 12, 2010

_____
Honorable Maria-Elena James